# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 26, 2019

159017-8(88)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

LANSING PARKVIEW, LLC,
      Plaintiff/Counterdefendant/
      Third-Party Defendant-Appellee,

v

K2M GROUP, LLC and DON L. KESKEY,
      Defendants/Counterplaintiffs/
      Third-Party Plaintiffs-Appellants,
and

ROBERT REID and JOEL I. FERGUSON,
      Third-Party Defendants-Appellees.
_____/

SC: 159017
COA: 338284
Ingham CC: 13-000723-CK

LANSING PARKVIEW, LLC,
      Plaintiff/Counterdefendant/
      Third-Party Defendant-Appellee,

v

K2M GROUP, LLC and DON L. KESKEY,
      Defendants/Counterplaintiffs/
      Third-Party Plaintiffs-Appellants,
and

ROBERT REID and JOEL I. FERGUSON,
      Third-Party Defendants-Appellees,
and

BRIAN W. COYER,
      Appellant.
_____/

SC: 159018
COA: 339030
Ingham CC: 13-000723-CK

On order of the Court, the motion for reconsideration of this Court's July 2, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 26, 2019



Clerk

a1118